**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7675**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

DARNELL ALLEN FAULKNER,

              Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (1:03-cr-00460-AMD-1)

Submitted: March 2, 2010          Decided: March 15, 2010

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darnell Allen Faulkner, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darnell Allen Faulkner appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Faulkner, No. 1:03-cr-00460-AMD-1 (D. Md. Aug. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED